UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:10-cr-00096-H

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MARTIN SALAZOR BOLANOS | ) | |

On motion by the defendant, and without opposition by the Government, it is hereby

ORDERED that the United States and/or Raleigh Police Department shall return all of the requested items of personal property which they have in their possession to the defendant upon proper written request by him or his legally authorized representative no later than 45 days from the date of this order. In the event no request is made within 45 days, the United States and/or Raleigh Police Department may treat the property as abandoned and proceed to dispose of it under any applicable abandonment procedures.

This the FÍ\å day of May, 2013.

_____
MALCOLM J. HOWARD
SENIOR UNITED STATES DISTRICT JUDGE